# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MITCHELL BOYIDDLE, *et al.*, | § | |
|     Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-1381 |
| | § | |
| AMICA MUTUAL INSURANCE | § | |
| COMPANY, | § | |
|     Defendant. | § | |

## REMAND ORDER

Following the filing of Plaintiffs' Second Amended Complaint joining Lynn Gillespie and Scott Boyd as defendants in this case, it is hereby

**ORDERED** that this case is **REMANDED** to the 129th Judicial District Court of Harris County, Texas, for lack of subject matter jurisdiction.

SIGNED at Houston, Texas, this **20th** day of **September, 2005.**

_____
Nancy F. Atlas
United States District Judge